B1 (Official Form 1)(4/10)

| United States Bankruptcy Court
Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):
**Art Cafe Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):
**DBA Burger At Its Best** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)
**34-1980464** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):
**66 Madison Avenue**
**New York, NY**                                        ZIP Code **10016** | Street Address of Joint Debtor (No. and Street, City, and State):                                ZIP Code |
| County of Residence or of the Principal Place of Business:
**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):
**c/o Eui Sook Kang**
**140-16 34th Avenue, #308**
**Flushing, NY**                                         ZIP Code **11354** | Mailing Address of Joint Debtor (if different from street address):                                ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| Type of Debtor
(Form of Organization)
(Check one box) | Nature of Business
(Check one box) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity.) | ☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other | ■ Chapter 7          ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 9
☐ Chapter 11          ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
☐ Chapter 12
☐ Chapter 13 |

| | Tax-Exempt Entity
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."          ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Art Cafe Corp.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Eui Sook Kang** | Case Number:<br>**Unknown** | Date Filed: |
| District:<br>**United States Bankruptcy, Southern District of New York** | Relationship:<br>**Related case** | Judge:<br>**Unknown** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

    ☐ Yes, and Exhibit C is attached and made a part of this petition.

    ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

    ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

    ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                  _____
                  (Name of landlord that obtained judgment)

                  _____
                  (Address of landlord)

    ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Art Cafe Corp.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Debtor

X _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

_____

Date

#### Signature of Attorney*

X **/s/ James P. Pagano**

Signature of Attorney for Debtor(s)

**James P. Pagano JPP-3447**

Printed Name of Attorney for Debtor(s)

**James P. Pagano, Esq**

Firm Name

**277 Broadway, Suite 706**
**New York, NY 10007**

_____

Address

**Email: jpaganoesq@aol.com**

**212-732-4740  Fax: 212-385-2545**

Telephone Number

**April 21, 2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Eui Sook Kang**

Signature of Authorized Individual

**Eui Sook Kang**

Printed Name of Authorized Individual

**President**

Title of Authorized Individual

**April 21, 2010**

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**ART CAFÉ CORP.**

## **RIDER TO THE PETITION**

This case is filed today.

The case of ART CAFÉ CORP. is related to the case of EUI SOOK KANG filed subsequently thereto.

## UNANIMOUS WRITTEN CONSENT
## OF THE DIRECTORS OF
## ART CAFÉ INC. d/b/a BURGER AT ITS BEST

The undersigned, being all of the directors of ART CAFÉ INC. d/b/a BURGER AT ITS

BEST, a New York corporation (the "Corporation"), do hereby consent to and adopt the

following resolutions and direct that this consent be filed with the minutes of the Corporation.

**WHEREAS,** the Board of Directors has previously determined that it is in the best interests of the Corporation, its creditors, and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of Chapter 7 of the Title 11 of the United States Code (the "Bankruptcy Code").

### THEREFORE, IT IS

RESOLVED that any one of the officers of the Corporation shall be and they are hereby authorized, empowered and directed in the name and on behalf of the Corporation to execute and verify a petition under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United State Bankruptcy Court for the Southern District of New York at such time as the officer executing said petition on behalf of the Corporation shall determining; and it is further

RESOLVED that the law firm of JAMES P. PAGANO, ESQ, ("JPP"), 277 Broadway, Suite 706, New York, New York 10007, be and hereby is, employed as bankruptcy and general counsel for the Corporation in the Chapter 7 case; and it is further

RESOLVED that the Corporation pay JPP a retainer in the amount of $4,000.00 for services rendered and to be rendered to the Corporation in this regard:

**IN WITNESS WHEREOF,** the undersigned have executed this consent as of the 21st day of April, 2010.

ART CAFÉ INC. d/b/a BURGER AT ITS BEST

By /s/Eui Sook Kang
    EUI SOOK KANG
    President
    Sole Director

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Southern District of New York

In re    **Art Cafe Corp.** _____ ,     Case No. _____

                                            Debtor

   Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 58,412.33 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 146,352.76 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 6 | | 70,641.39 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 137,235.07 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 11 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 58,412.33 | | |
| Total Liabilities | | | | 354,229.22 | |

.

# United States Bankruptcy Court
### Southern District of New York

In re   **Art Cafe Corp.**  _____ ,   Case No. _____

Debtor

Chapter    _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Art Cafe Corp.**                                                              ,        Case No. _____
_____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Art Cafe Corp.**                                                           ,      Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CHASE checking account. Account overdrawn $2,000.00.** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **The Landlord holds a security deposit in the amount of $58,412.33. Of that amount, $10,000.00 was paid by the Debtor upon its original lease with the Landlord. The balance, $48,412.33, was held pursuant to a prior lease for the space between the Lessor and CINDY MI INC. EUI SOOK KANG is the sole shareholder of the Debtor and CINDY MI INC.** | - | 58,412.33 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >    **58,412.33**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Art Cafe Corp.**
_____,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                        Sub-Total >          **0.00**
                                                        (Total of this page)

Sheet ___1___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Art Cafe Corp.**                                                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Kitchen equipment, tables, chairs, dishes, silverware, glasses. Lease ended August, 2009. Debtor remained as a month to month tenant through February, 2010. Premises surrendered on February 27, 2010. All equipment left in premises. Value unknown.** | - | **Unknown** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

In re    **Art Cafe Corp.**                                  ,     Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 58,412.33 |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Art Cafe Corp.**                                    ,     Case No. _____

                                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Lease for Ice Machine** | | | | | |
| **Artic Glacier, Inc.**<br>**500 Fehimore Road**<br>**Mamaroneck, NY 10543-2313** | | - | | | | | | |
| | | | Value $          **0.00** | | | | **479.04** | **479.04** |
| Account No. | | | **Attorney for NARA BANK, NY** | | | | | |
| **Friedman Harfenist**<br>**Kraut & Perlstein, LLP**<br>**3000 Marcus Avenue Suite 251**<br>**New Hyde Park, NY 11042** | | - | | | | | | |
| | | | Value $          **0.00** | | | | **0.00** | **0.00** |
| Account No. | | | | | | | | |
| **Nara Bank, NY**<br>**Commercial Leasing**<br>**16 West, 32nd Street**<br>**New York, NY 10001** | X | - | | | | | | |
| | | | Value $          **0.00** | | | | **145,873.72** | **145,873.72** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

   **0**    continuation sheets attached

| | Subtotal<br>(Total of this page) | **146,352.76** | **146,352.76** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **146,352.76** | **146,352.76** |

4/22/10 12:19PM

.

In re    **Art Cafe Corp.**                                        ,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__4__ continuation sheets attached

In re **Art Cafe Corp.**
_____ , Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Audit by NYS Dept. of Labor against Debtor & EUI SOOK KANG, the 100% shareholder & officer. Some portion of the claim may be unsecured. | | | | | |
| Armando M. Escamilla 258 Orange Tpke Sloatsburg, NY 10974 | X | - | | | | | | X | | Unknown |
| | | | | | | | | | 648.00 | Unknown |
| Account No. | | | | | Audit by NYS Dept. of Labor against Debtor & EUI SOOK KANG, the 100% shareholder & officer. Some portion of the claim may be unsecured. | | | | | |
| Asuncion Pinto 296 Columbia St., Apt. 5B Brooklyn, NY 11231 | X | - | | | | | | X | | Unknown |
| | | | | | | | | | 275.00 | Unknown |
| Account No. | | | | | See Rider attached hereto. | | | | | |
| Edlberto Dominguez | X | - | | | | | | X | | Unknown |
| | | | | | | | | | Unknown | 0.00 |
| Account No. | | | | | See Rider attached hereto. | | | | | |
| Elfego Zurita 213 East 105 East Apt. 23 New York, NY 10029 | X | - | | | | | | X | | Unknown |
| | | | | | | | | | 1,815.10 | Unknown |
| Account No. | | | | | Audit by NYS Dept. of Labor against Debtor & EUI SOOK KANG, the 100% shareholder & officer. Some portion of the claim may be unsecured. | | | | | |
| Gerardo R. Vacalluzzo | X | - | | | | | | X | | Unknown |
| | | | | | | | | | 305.56 | Unknown |

Sheet __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 3,043.66 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Art Cafe Corp.** _____ ,  Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> **Luz Loaisiga** <br> **619 W 176 St., Apt. #2B** <br> **New York, NY 10033** | X | - | Audit by NYS Dept. of Labor against Debtor & EUI SOOK KANG, the 100% shareholder & officer. Some portion of the claim may be unsecured. Filed Complaint with NYS Dept. of Labor. | | | X | **Unknown** <br><br> 15,600.75 | **Unknown** <br><br> **Unknown** |
| Account No. <br> **Lyudmyla Gaydukova** | X | - | Audit by NYS Dept. of Labor against Debtor & EUI SOOK KANG, the 100% shareholder & officer. Some portion of the claim may be unsecured. | | | X | **Unknown** <br><br> 105.60 | **Unknown** <br><br> **Unknown** |
| Account No. <br> **Marika Demertzidis** <br> **2140 72nd St. Apt #2** <br> **Brooklyn, NY 11204** | X | - | Audit by NYS Dept. of Labor against Debtor & EUI SOOK KANG, the 100% shareholder & officer. Some portion of the claim may be unsecured. | | | X | **Unknown** <br><br> 2,626.43 | **Unknown** <br><br> **Unknown** |
| Account No. <br> **Meriem Whitlow** <br> **215 Scholes Street** <br> **Brooklyn, NY 11206** | X | - | Audit by NYS Dept. of Labor against Debtor & EUI SOOK KANG, the 100% shareholder & officer. Some portion of the claim may be unsecured. Filed Complaint with NYS Dept. of Labor. | | | X | **Unknown** <br><br> 8,131.20 | **Unknown** <br><br> **Unknown** |
| Account No. <br> **Michael Faillace, Esq.** <br> **110 East 59th Street** <br> **32nd Floor** <br> **New York, NY 10022** | | - | Attorney for EDLBERTO DOMINGUEZ, PAVEL TELLEZ & ELFEGO ZURITA | | | | **0.00** <br><br> 0.00 | **0.00** |

Sheet  **2**  of  **4**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 26,463.98 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re __Art Cafe Corp._____,    Case No. _____
                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Audit. Some portion of the claim may be unsecured. | | | | | |
| NYS Dept. of Labor 75 Varick Street 7th Floor New York, NY 10013 | X | - | | | | X | 33,493.93 | Unknown / Unknown |
| Account No. | | | See Rider attached hereto. | | | | | |
| Pavel Tellez | X | - | | | | X | Unknown | Unknown / 0.00 |
| Account No. | | | Audit by NYS Dept. of Labor against Debtor & EUI SOOK KANG, the 100% shareholder & officer. Some portion of the claim may be unsecured. | | | | | |
| Rufino Valtierra | X | - | | | | X | 1,579.59 | 0.00 / 1,579.59 |
| Account No. | | | Audit by NYS Dept. of Labor against Debtor & EUI SOOK KANG, the 100% shareholder & officer. Some portion of the claim may be unsecured. | | | | | |
| Yossy Morales 2551 Aqueduct Avenue Bronx, NY 10468 | X | - | | | | X | 1,092.20 | Unknown / Unknown |
| Account No. | | | | | | | | |

Sheet __3__ of __4__ continuation sheets attached to    Subtotal    0.00
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    36,165.72    1,579.59

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   **Art Cafe Corp.**                                                                    ,   Case No. _____
                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **34-1980464** <br><br> **INTERNAL REVENUE SERVICE** <br> **290 Broadway** <br> **New York, NY 10007** | X | - | Alternate address  for IRS | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. **34-1980464** <br><br> **INTERNAL REVENUE SERVICE** <br> **Cincinnati, OH 45999-0039** | X | - | **941 Liability.** <br> **December, 2009 - February, 2010** | | | | | 0.00 |
| | | | | | | | 2,027.12 | 2,027.12 |
| Account No. **34-1980464** <br><br> **NYS Dept. of Tax & Finance** <br> **W.A. Harriman Campus** <br> **Albany, NY 12227** | X | - | **Sales Tax** <br> **December, 2009 - February, 2010** | | | | | 0.00 |
| | | | | | | | 2,940.91 | 2,940.91 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet **4** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal <br> (Total of this page) | 0.00 <br> 4,968.03          4,968.03 |
| | Total <br> (Report on Summary of Schedules) | 0.00 <br> 70,641.39          6,547.62 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

**ART CAFÉ CORP.**

## RIDER TO SCHEDULE-E
## CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

EDLBERTO DOMINGUEZ, ELFEGO ZURITA and PAVEL TELLEZ brought a Federal Labor Standard Act Claim under 29 U.S.C. Section 201 and NY Labor Law Section 663 against Debtor and EUI SOOK KANG, the 100% shareholder and officer in the United States District Court, Southern District of New York.

Some portion of claim may be unsecured.

Amount: to be determined at trial.

B6F (Official Form 6F) (12/07)

In re **Art Cafe Corp.** _____ ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3727 342321 12007<br><br>**AMERICAN EXPRESS OPTIMA**<br>**P.O. Box 1270**<br>**Newark, NJ 07101-1270** | X | - | | | | | 132.03 |
| Account No.<br><br>**Armando M. Escamilla**<br>**258 Orange Tkpe**<br>**Sloatsburg, NY 10974** | X | - | Audit by NYS Dept. of Labor against Debtor & EUI SOOK KANG, the 100% shareholder & officer.<br>Some portion ot the claim may be entitled to a priority. | | | X | 648.00 |
| Account No.<br><br>**Asuncion Pinto**<br>**296 Columbia Street, Apt. 5B**<br>**Brooklyn, NY 11231** | X | - | Audit by NYS Dept. of Labor against Debtor & EUI SOOK KANG, the 100% shareholder & officer.<br>Some portion ot the claim may be entitled to a priority. | | | X | 275.00 |
| Account No. **Burg000**<br><br>**Boylan Bottling Co.**<br>**7 Purcell Court**<br>**Moonachie, NJ 07074** | | - | Purveyor | | | | 199.65 |

___6___ continuation sheets attached

Subtotal
(Total of this page)    **1,254.68**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     S/N:36772-100407   Best Case Bankruptcy

In re   **Art Cafe Corp.**                                                                              ,   Case No. _____
                                                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Centaur Properties, LLC** <br> **35 East 21st Street** <br> **3rd Floor** <br> **New York, NY 10010** | X | - | **As agent for RETAIL ASSOCIATES, LLC as successor to 66 Madison Avenue Realty Associates LP, the former Lessor of ART CAFE, CORP. d/b/a BURGER AT ITS BEST (the "Corporation") - Personal Guarantee under Lease of the Corporation** | | | | **92,361.46** |
| Account No. <br><br> **Chang Soo Kim, CPA PC** <br> **38 West 32nd Street** <br> **Suite 900** <br> **New York, NY 10001** | | - | **Accounting Service** | | | | **2,000.00** |
| Account No. xxxx3665 <br><br> **Chase** <br> **P.O. Box 260180** <br> **Baton Rouge, LA 70826** | | - | **Paid insufficient funds** | | | | **2,237.76** |
| Account No. xxxx3665 <br><br> **CHASE BANK** <br> **OH1-1188** <br> **340 S. Cleveland Ave. Building** <br> **Westerville, OH 43081** | | - | **Alternate address** | | | | **0.00** |
| Account No. **Coffe** <br><br> **Chem-Clean Co.** <br> **33-69 55th Street** <br> **Woodside, NY 11377** | X | - | **Creditor had lease for a dishwasher. Prior to the surrender of the premises Creditor retrieved the dishwasher.** | | | | **108.50** |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**96,707.72**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re **Art Cafe Corp.**                                                  ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **41 1435 3330 0000 0**<br>Con Edison<br>Cooper Station<br>P.O. Box 138<br>New York, NY 10276-0138 | | - | | | | | 1,901.98 |
| Account No.<br>Edlberto Dominguez | X | - | See Rider attached hereto. | | | X | Unknown |
| Account No.<br>Elfego Zurita<br>213 East 105 East<br>Apt. 23<br>New York, NY 10029 | X | - | See Rider attached hereto. | | | X | 1,815.10 |
| Account No. **1635**<br>Food Depot<br>147-20 94th Avenue<br>Jamaica, NY 11435 | | - | | | | | 1,993.00 |
| Account No.<br>Gerardo R. Vacalluzzo | X | - | Audit by NYS Dept. of Labor against Debtor & EUI SOOK KANG, the 100% shareholder & officer.<br>Some portion ot the claim may be entitled to a priority. | | | X | 305.56 |

Sheet no. **2** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **6,015.64**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

In re __Art Cafe Corp._____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Janna's Fresh Farm** **43-29 Astoria Blvd.** **Astoria, NY 11105** | | - | | | | | | 1,616.45 |
| Account No. | | | | Audit by NYS Dept. of Labor against Debtor & EUI SOOK KANG, the 100% shareholder & officer. Some portion ot the claim may be entitled to a priority. Filed complaint with NYS Dept. of Labor. | | | | |
| **Luz Loaisiga** **619 W. 176 St., Apt. 2B** **New York, NY 10033** | X | - | | | | | X | 15,600.75 |
| Account No. | | | | Audit by NYS Dept. of Labor against Debtor & EUI SOOK KANG, the 100% shareholder & officer. Some portion ot the claim may be entitled to a priority. | | | | |
| **Lyudmyla Gaydukova** | X | - | | | | | X | 105.60 |
| Account No. | | | | Audit by NYS Dept. of Labor against Debtor & EUI SOOK KANG, the 100% shareholder & officer. Some portion ot the claim may be entitled to a priority. | | | | |
| **Marika Demertzidis** **2140 72nd Street, Apt. #2** **Brooklyn, NY 11204** | X | - | | | | | X | 2,626.43 |
| Account No. | | | | Audit by NYS Dept. of Labor against Debtor & EUI SOOK KANG, the 100% shareholder & officer. Some portion ot the claim may be entitled to a priority. Filed complaint with NYS Dept. of Labor. | | | | |
| **Meriem Whitlow** **215 Scholes Street** **Apt 2B** **Brooklyn, NY 11206** | X | - | | | | | X | 8,131.20 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,080.43

In re **Art Cafe Corp.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Michael Faillace, Esq.<br>110 East 59th Street<br>32nd Floor<br>New York, NY 10022 | - | | Attorney for EDLBERTO DOMINGUEZ, PAVEL TELLEZ & EFELGO ZURITA | | | | 0.00 |
| Account No. **Burgerbest**<br><br>New England Meat Co. Inc.<br>P.O. Box 157<br>Redding Ridge, CT 06876 | - | | Purveyor | | | | 60.00 |
| Account No.<br><br>NYC Dept. of Health<br>65 John Street<br>11th Floor<br>New York, NY 10035 | - | | | | | | 634.00 |
| Account No. **92062181 & 20006250**<br><br>NYC Fire Dept.<br>Church St. Station<br>P.O. Box 840<br>New York, NY 10008-0840 | - | | | | | | 490.00 |
| Account No.<br><br>NYS Dept. of Labor<br>75 Varick Street<br>7th Floor<br>New York, NY 10013 | X - | | Audit.<br>Some portion of the claims may be entitled to a priority. | | | X | 0.00 |

Sheet no. **4** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — **1,184.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Art Cafe Corp.**                                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pavel Tellez** | X | - | See Rider attached hereto. | | | X | 0.00 |
| Account No. **807**<br><br>**PM Waste & Recycling**<br>**5113 Foster Avenue**<br>**Brooklyn, NY 11201-5924** | | - | | | | | 326.63 |
| Account No.<br><br>**R.H.K. Recovery Group**<br>**1670 Old Country Road**<br>**Plainview, NY 11803** | | - | Collecting for TUSCAN | | | | 0.00 |
| Account No.<br><br>**Rufino Valtierra** | X | - | Audit by NYS Dept. of Labor against Debtor & EUI SOOK KANG, the 100% shareholder & officer.<br>**Some portion ot the claim may be entitled to a priority.** | | | X | 1,579.59 |
| Account No. **300 570**<br><br>**Tuscan**<br>**156-02 Liberty Avenue**<br>**Jamaica, NY 11433** | | - | | | | | 586.34 |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |  2,492.56

4/22/10 12:19PM

In re   **Art Cafe Corp.**                                 ,      Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HW JC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **212 685 7006 012 72 6** <br><br> **Verizon Wireless** <br> **P.O. Box 15124** <br> **Albany, NY 12212-5124** | | - | | | | | **407.84** |
| Account No. <br><br> **Yossy Morales** <br> **2551 Aqueduct Ave.** <br> **Bronx, NY 10468** | X | - | **Audit by NYS Dept. of Labor against Debtor & EUI SOOK KANG, the 100% shareholder & officer.** <br> **Some portion of the claim may be entitled to a priority.** | | | X | **1,092.20** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
          (Total of this page)    **1,500.04**

                          Total
(Report on Summary of Schedules)    **137,235.07**

ART CAFÉ CORP.

## RIDER TO SCHEDULE-F
## CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

EDLBERTO DOMINGUEZ, ELFEGO ZURITA and PAVEL TELLEZ brought a Federal Labor Standard Act Claim under 29 U.S.C. Section 201 and NY Labor Law Section 663 against Debtor & EUI SOOK KANG, the 100% shareholder and officer in the United States District Court, Southern District of New York.

Some portion of claim may be a priority claim.

Amount: to be determined at trial.

B6G (Official Form 6G) (12/07)

In re   **Art Cafe Corp.**
_____,   Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Artic Glacier, Inc.**<br>**500 Fenimore Road**<br>**Mamaroneck, NY 10543-2313** | **Lease for ice machine** |
| **Chem-Clean Co.**<br>**33-69 55th Street**<br>**Woodside, NY 11377** | **Lease for dishwasher machine** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Art Cafe Corp.**                                                          Case No. _____
                                       Debtor(s)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight years immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bo Kyung Kim**<br>**126 Westwood Circle**<br>**Roslyn Heights, NY 11577** | **Nara Bank, NY**<br>**Commercial Leasing**<br>**16 West, 32nd Street**<br>**New York, NY 10001** |
| **Eui Sook Kang**<br>**140-16 34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **AMERICAN EXPRESS OPTIMA**<br>**P.O. Box 1270**<br>**Newark, NJ 07101-1270** |
| **Eui Sook Kang**<br>**140-16 34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Armando M. Escamilla**<br>**258 Orange Tpke**<br>**Sloatsburg, NY 10974** |
| **Eui Sook Kang**<br>**140-16 34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Asuncion Pinto**<br>**296 Columbia St. Apt.5B**<br>**Brooklyn, NY 11231** |
| **Eui Sook Kang**<br>**140-34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Centaur Properties, LLC**<br>**35 East 21st Street**<br>**3rd Floor**<br>**New York, NY 10010** |
| **Eui Sook Kang**<br>**140-34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Chang Soo Kim, CPA PC**<br>**38 West 32nd Street**<br>**Suite 900**<br>**New York, NY 10001** |

Sheet  1 of 11 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re **Art Cafe Corp.**                                    Case No. _____

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Edlberto Dominguez |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Elfego Zurita<br>213 East 105 East<br>Apt. 23<br>New York, NY 10029 |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Gerardo R. Vacalluzzo |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Luz Loaisiga<br>619 W 176 St.,Apt. 2B<br>New York, NY 10033 |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Lyudmyla Gaydukova |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Marika Demertzidis<br>2140 72nd Street, Apt. #2<br>Brooklyn, NY 11204 |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Meriem Whitlow<br>215  Scholes Street<br>Brooklyn, NY 11206 |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Nara Bank, NY<br>Commercial Leasing<br>16 West, 32nd Street<br>New York, NY 10001 |

Sheet  2 of 11 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Art Cafe Corp.**                                                     Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | NYS Dept. of Labor<br>75 Varick Street<br>7th Floor<br>New York, NY 10013 |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Pavel Tellez |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Rufino Valtierra |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Yossy Morales<br>2551 Aqueduct Avenue<br>Bronx, NY 10468 |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Armando M. Escamilla |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Asuncion Pinto<br>296 Columbia St. Apt.5B<br>Brooklyn, NY 11231 |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Edlberto Dominguez |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Elfego Zurita<br>213 East 105 East<br>Apt. 23<br>New York, NY 10029 |

Sheet  3 of 11 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Art Cafe Corp.**                                          Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Gerardo R. Vacalluzzo |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Luz Loaisiga<br>619 W 176 St.,Apt. 2B<br>New York, NY 10033 |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Lyudmyla Gaydukova |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Marika Demertzidis |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Meriem Whitlow<br>215  Scholes Street<br>Brooklyn, NY 11206 |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | NYS Dept. of Labor<br>75 Varick Street<br>7th Floor<br>New York, NY 10013 |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Pavel Tellez |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Rufino Valtierra |

Sheet  4 of 11 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re    **Art Cafe Corp.**                                                    Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Eui Sook Kang**<br>**140-34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Yossy Morales**<br>**2551 Aqueduct Ave.**<br>**Bronx, NY 10468** |
| **Eui Sook Kang**<br>**140-34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **INTERNAL REVENUE SERVICE**<br>**625 Fulton Street**<br>**Brooklyn, NY 11201** |
| **Eui Sook Kang**<br>**140-34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **INTERNAL REVENUE SERVICE**<br>**Cincinnati, OH 45999-0039** |
| **Eui Sook Kang**<br>**140-34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **NYS Dept. of Tax & Finance**<br>**W.A. Harriman Campus**<br>**Albany, NY 12227** |
| **Eui Sook Kang**<br>**140-34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **AMERICAN EXPRESS OPTIMA**<br>**P.O. Box 1270**<br>**Newark, NJ 07101-1270** |
| **Eui Sook Kang**<br>**140-34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Asuncion Pinto**<br>**296 Columbia St., Apt. 5B**<br>**Brooklyn, NY 11231** |
| **Eui Sook Kang**<br>**140-34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Centaur Properties, LLC**<br>**35 East 21st Street**<br>**3rd Floor**<br>**New York, NY 10010** |
| **Eui Sook Kang**<br>**140-34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Edlberto Dominguez** |

Sheet  5 of 11 total sheets in Schedule of Codebtors

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07) - cont.

In re   **Art Cafe Corp.**                                               Case No.

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Eui Sook Kang**<br>**140-34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Elfego Zurita**<br>**213 East 105 East**<br>**Apt. 23**<br>**New York, NY 10029** |
| **Eui Sook Kang**<br>**140-34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Gerardo R. Vacalluzzo** |
| **Eui Sook Kang**<br>**140-34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Luz Loaisiga**<br>**619 W 176 St., Apt, #2B**<br>**New York, NY 10033** |
| **Eui Sook Kang**<br>**140-34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Lyudmyla Gaydukova** |
| **Eui Sook Kang**<br>**140-34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Marika Demertzidis** |
| **Eui Sook Kang**<br>**140-34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Meriem Whitlow**<br>**215  Scholes Street**<br>**Brooklyn, NY 11206** |
| **Eui Sook Kang**<br>**140-34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Nara Bank, NY**<br>**Commercial Leasing**<br>**16 West, 32nd Street**<br>**New York, NY 10001** |
| **Eui Sook Kang**<br>**140-34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **NYS Dept. of Labor**<br>**75 Varick Street**<br>**7th Floor**<br>**New York, NY 10013** |

Sheet  6 of 11 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Art Cafe Corp.**                             Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Pavel Tellez |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Rufino Valtierra |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Yossy Morales<br>2551 Aqueduct Ave.<br>Bronx, NY 10468 |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Nara Bank, NY<br>Commercial Leasing<br>16 West, 32nd Street<br>New York, NY 10001 |
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Nara Bank, NY<br>Commercial Leasing<br>16 West, 32nd Street<br>New York, NY 10001 |
| Eui Sook Kang<br>140-16 34th Avenue<br>#308<br>Flushing, NY 11354 | Armando M. Escamilla<br>258 Orange Tpke<br>Sloatsburg, NY 10974 |
| Eui Sook Kang<br>140-16 34th Avenue<br>#308<br>Flushing, NY 11354 | Asuncion Pinto<br>296 Columbia St., Apt. 5B<br>Brooklyn, NY 11231 |
| Eui Sook Kang<br>140-16 34th Avenue<br>#308<br>Flushing, NY 11354 | Edlberto Dominguez |

Sheet  7 of 11 total sheets in Schedule of Codebtors

In re   **Art Cafe Corp.**                                                                        Case No.  _____

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Eui Sook Kang**<br>**140-16 34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Elfego Zurita**<br>**213 East 105 East**<br>**Apt. 23**<br>**New York, NY 10029** |
| **Eui Sook Kang**<br>**140-16 34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Gerardo R. Vacalluzzo** |
| **Eui Sook Kang**<br>**140-16 34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Luz Loaisiga**<br>619 W 176 St., Apt. 2B<br>New York, NY 10033 |
| **Eui Sook Kang**<br>**140-16 34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Lyudmyla Gaydukova** |
| **Eui Sook Kang**<br>**140-16 34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Marika Demertzidis**<br>**2140 72nd St. Apt #2**<br>**Brooklyn, NY 11204** |
| **Eui Sook Kang**<br>**140-16 34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Meriem Whitlow**<br>**215  Scholes Street**<br>**Brooklyn, NY 11206** |
| **Eui Sook Kang**<br>**140-16 34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **NYS Dept. of Labor**<br>**75 Varick Street**<br>**7th Floor**<br>**New York, NY 10013** |
| **Eui Sook Kang**<br>**140-16 34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Pavel Tellez** |

Sheet  8 of 11 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Art Cafe Corp.**                                                Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Eui Sook Kang**<br>**140-16 34th Avenue**<br>**Flushing, NY 11354** | **Rufino Valtierra** |
| **Eui Sook Kang**<br>**140-16 34th Avenue**<br>**Flushing, NY 11354** | **Yossy Morales**<br>**2551 Aqueduct Avenue**<br>**Bronx, NY 10468** |
| **Eui Sook Kang**<br>**140-16 34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **INTERNAL REVENUE SERVICE**<br>**290 Broadway**<br>**New York, NY 10007** |
| **Eui Sook Kang**<br>**140-16 34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **INTERNAL REVENUE SERVICE**<br>**Cincinnati, OH 45999-0039** |
| **Eui Sook Kang**<br>**140-16 34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **NYS Dept. of Tax & Finance**<br>**W.A. Harriman Campus**<br>**Albany, NY 12227** |
| **Eui Sook Kang**<br>**140-34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Armando M. Escamilla**<br>**258 Orange Tkpe**<br>**Sloatsburg, NY 10974** |
| **Eui Sook Kang**<br>**140-16 34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Asuncion Pinto**<br>**296 Columbia Street, Apt. 5B**<br>**Brooklyn, NY 11231** |
| **Eui Sook Kang**<br>**140-16 34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | **Centaur Properties, LLC**<br>**35 East 21st Street**<br>**3rd Floor**<br>**New York, NY 10010** |

Sheet  9 of 11 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re  **Art Cafe Corp.**                                                          Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Eui Sook Kang<br>140-34th Avenue<br>#308<br>Flushing, NY 11354 | Chem-Clean Co.<br>33-69 55th Street<br>Woodside, NY 11377 |
| Eui Sook Kang<br>140-16 34th Avenue<br>#308<br>Flushing, NY 11354 | Edlberto Dominguez |
| Eui Sook Kang<br>140-16 34th Avenue<br>#308<br>Flushing, NY 11354 | Elfego Zurita<br>213 East 105 East<br>Apt. 23<br>New York, NY 10029 |
| Eui Sook Kang<br>140-16 34th Avenue<br>#308<br>Flushing, NY 11354 | Gerardo R. Vacalluzzo |
| Eui Sook Kang<br>140-16 34th Avenue<br>#308<br>Flushing, NY 11354 | Luz Loaisiga |
| Eui Sook Kang<br>140-16 34th Avenue<br>#308<br>Flushing, NY 11354 | Lyudmyla Gaydukova |
| Eui Sook Kang<br>140-16 34th Avenue<br>#308<br>Flushing, NY 11354 | Marika Demertzidis<br>2140 72nd Street, Apt. #2<br>Brooklyn, NY 11204 |
| Eui Sook Kang<br>140-16 34th Avenue<br>#308<br>Flushing, NY 11354 | Meriem Whitlow<br>215  Scholes Street<br>Apt 2B<br>Brooklyn, NY 11206 |

Sheet 10 of 11 total sheets in Schedule of Codebtors

**B6H (Official Form 6H) (12/07) - cont.**

In re    **Art Cafe Corp.**                    Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Eui Sook Kang<br>140-16 34th Avenue<br>#308<br>Flushing, NY 11354 | NYS Dept. of Labor<br>75 Varick Street<br>7th Floor<br>New York, NY 10013 |
| Eui Sook Kang<br>140-16 34th Avenue<br>#308<br>Flushing, NY 11354 | Pavel Tellez |
| Eui Sook Kang<br>140-16 34th Avenue<br>#308<br>Flushing, NY 11354 | Rufino Valtierra |
| Eui Sook Kang<br>140-16 34th Avenue<br>#308<br>Flushing, NY 11354 | Yossy Morales<br>2551 Aqueduct Ave.<br>Bronx, NY 10468 |
| Eui Sook Kang<br>140-16 34th Avenue<br>#308<br>Flushing, NY 11354 | AMERICAN EXPRESS OPTIMA<br>P.O. Box 1270<br>Newark, NJ 07101-1270 |

Sheet 11 of 11 total sheets in Schedule of Codebtors

# United States Bankruptcy Court
## Southern District of New York

In re  **Art Cafe Corp.**

Debtor(s)

Case No.

Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**34**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 21, 2010**

Signature  **/s/ Eui Sook Kang**
**Eui Sook Kang**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **Art Cafe Corp.**                           Case No.                           

                                          Debtor(s)             Chapter     **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$0.00** | **In 2008, the Corporation had a loss of $23,123.00** |
| **$0.00** | **In 2009, the Corporation had a loss of $27,263.00** |
| **$0.00** | **In 2010, the Corporation ceased operation on February 27, 2010** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                 AMOUNT                      SOURCE

#### 3. Payments to creditors

None
■    *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **TBD** | | **$0.00** | **$0.00** |

None
■    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Index No. 10 CV  122 (DLC) EDILBERTO DOMINGUEZ, PAVEL TELLEZ, and ELFEGO ZURITA v. ART CAFE CORP. d/b/a BURGER AT ITS BEST and EUI SOOK KANG** | **Lawsuit brought against the Debtor & EUI SOOK KANG (the "Principal") brought by former employees of the Corporation under 29 U.S.C. Section 203 and NYS Labor Section 663 seeking unspecified damages for minimun wage & overtime compensation.** | **United States District  Court Southen District of NY** | **Debtor & Principal interposed Answer. Case pending.** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Chem-Clean Co.**<br>**33-69 55th Street**<br>**Woodside, NY 11377** | **February 27, 2010** | **Dishwashing machine** |

---

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

---

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **JAMES P. PAGANO, ESQ.** <br> **277 Broadway, Suite 701** <br> **New York, NY 10007** | | **Fee: $4,000.00** <br> **Filing Fee: $299.00** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Artic Glacier, Inc.**<br>**500 Fehimore Road**<br>**Mamaroneck, NY 10543-2313** | **Ice Machine** | **66 Madison Avenue**<br>**New York, NY 10016** |

**15. Prior address of debtor**

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                          NAME USED                                          DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Eui Sook Kang**<br>**140-16 34th Avenue**<br>**#308**<br>**Flushing, NY 11354** | |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **NYS Dept. of Labor** | **75 Varick Street**<br>**7th Floor**<br>**New York, NY 10013** | **N/A** |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|
| **Eui Sook Kang** | **140-16 34th Avenue**<br>**#308**<br>**Flushing, NY 11354** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                   DATE ISSUED

## 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR           DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

## 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST           PERCENTAGE OF INTEREST

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                        TITLE               NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

## 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                           ADDRESS                 DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE             DATE OF TERMINATION

## 23 . Withdrawals from a partnership or distributions by a corporation

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Eui Sook Kang** **140-16 34th Avenue** **#308** **Flushing, NY 11354** | **Annual salary** | **$24,000.00** |

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                           TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                 TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **April 21, 2010**                    Signature     **/s/ Eui Sook Kang**

**Eui Sook Kang**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of New York

In re   **Art Cafe Corp.**       Case No. _____

                                   Debtor(s)       Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept              $        **4,000.00**

    Prior to the filing of this statement I have received     $        **4,000.00**

    Balance Due                                    $           **0.00**

2. The source of the compensation paid to me was:

    ☐ Debtor     ☒ Other (specify):     **EUI SOOK KANG, Principal**

3. The source of compensation to be paid to me is:

    ☐ Debtor     ☒ Other (specify):     **EUI SOOK KANG, Principal**

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtor in any judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **April 21, 2010**                    **/s/ James P. Pagano**
                                                    **James P. Pagano JPP-3447**
                                                      **James P. Pagano, Esq**
                                                      **277 Broadway, Suite 706**
                                                      **New York, NY 10007**
                                                      **212-732-4740 Fax: 212-385-2545**
                                                      **jpaganoesq@aol.com**

# United States Bankruptcy Court
## Southern District of New York

In re    **Art Cafe Corp.**                           Case No.

                                Debtor(s)         Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 21, 2010**                  **/s/ Eui Sook Kang**

                                         **Eui Sook Kang**/**President**
                                         Signer/Title

AMERICAN EXPRESS OPTIMA
P.O. BOX 1270
NEWARK, NJ 07101-1270


ARMANDO M. ESCAMILLA
258 ORANGE TPKE
SLOATSBURG, NY 10974


ARMANDO M. ESCAMILLA
258 ORANGE TKPE
SLOATSBURG, NY 10974


ARTIC GLACIER, INC.
500 FEHIMORE ROAD
MAMARONECK, NY 10543-2313


ARTIC GLACIER, INC.
500 FENIMORE ROAD
MAMARONECK, NY 10543-2313


ASUNCION PINTO
296 COLUMBIA ST., APT. 5B
BROOKLYN, NY 11231


ASUNCION PINTO
296 COLUMBIA STREET, APT. 5B
BROOKLYN, NY 11231


BO KYUNG KIM
126 WESTWOOD CIRCLE
ROSLYN HEIGHTS, NY 11577


BOYLAN BOTTLING CO.
7 PURCELL COURT
MOONACHIE, NJ 07074


CENTAUR PROPERTIES, LLC
35 EAST 21ST STREET
3RD FLOOR
NEW YORK, NY 10010


CHANG SOO KIM, CPA PC
38 WEST 32ND STREET
SUITE 900
NEW YORK, NY 10001

```
CHASE
P.O. BOX 260180
BATON ROUGE, LA 70826


CHASE BANK
OH1-1188
340 S. CLEVELAND AVE. BUILDING
WESTERVILLE, OH 43081


CHEM-CLEAN CO.
33-69 55TH STREET
WOODSIDE, NY 11377


CHEM-CLEAN CO.
33-69 55TH STREET
WOODSIDE, NY 11377


CON EDISON
COOPER STATION
P.O. BOX 138
NEW YORK, NY 10276-0138


EDLBERTO DOMINGUEZ


EDLBERTO DOMINGUEZ


ELFEGO ZURITA
213 EAST 105 EAST
APT. 23
NEW YORK, NY 10029


ELFEGO ZURITA
213 EAST 105 EAST
APT. 23
NEW YORK, NY 10029


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354
```

```
EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354
```

```
EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354
```

```
EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354
```

```
EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354
```

```
EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354
```

```
EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354
```

```
EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354
```

```
EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354
```

```
EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354


EUI SOOK KANG
140-16 34TH AVENUE
#308
FLUSHING, NY 11354
```

FOOD DEPOT
147-20 94TH AVENUE
JAMAICA, NY 11435


FRIEDMAN HARFENIST
KRAUT & PERLSTEIN, LLP
3000 MARCUS AVENUE SUITE 251
NEW HYDE PARK, NY 11042


GERARDO R. VACALLUZZO


GERARDO R. VACALLUZZO


INTERNAL REVENUE SERVICE
290 BROADWAY
NEW YORK, NY 10007


INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0039


JANNA'S FRESH FARM
43-29 ASTORIA BLVD.
ASTORIA, NY 11105


LUZ LOAISIGA
619 W 176 ST., APT. #2B
NEW YORK, NY 10033


LUZ LOAISIGA
619 W. 176 ST., APT. 2B
NEW YORK, NY 10033


LYUDMYLA GAYDUKOVA


LYUDMYLA GAYDUKOVA


MARIKA DEMERTZIDIS
2140 72ND ST. APT #2
BROOKLYN, NY 11204

```
MARIKA DEMERTZIDIS
2140 72ND STREET, APT. #2
BROOKLYN, NY 11204


MERIEM WHITLOW
215 SCHOLES STREET
APT 2B
BROOKLYN, NY 11206


MERIEM WHITLOW
215 SCHOLES STREET
BROOKLYN, NY 11206


MICHAEL FAILLACE, ESQ.
110 EAST 59TH STREET
32ND FLOOR
NEW YORK, NY 10022


MICHAEL FAILLACE, ESQ.
110 EAST 59TH STREET
32ND FLOOR
NEW YORK, NY 10022


NARA BANK, NY
COMMERCIAL LEASING
16 WEST, 32ND STREET
NEW YORK, NY 10001


NEW ENGLAND MEAT CO. INC.
P.O. BOX 157
REDDING RIDGE, CT 06876


NYC DEPT. OF HEALTH
65 JOHN STREET
11TH FLOOR
NEW YORK, NY 10035


NYC FIRE DEPT.
CHURCH ST. STATION
P.O. BOX 840
NEW YORK, NY 10008-0840


NYS DEPT. OF LABOR
75 VARICK STREET
7TH FLOOR
NEW YORK, NY 10013
```

NYS DEPT. OF LABOR
75 VARICK STREET
7TH FLOOR
NEW YORK, NY 10013


NYS DEPT. OF TAX & FINANCE
W.A. HARRIMAN CAMPUS
ALBANY, NY 12227


PAVEL TELLEZ


PAVEL TELLEZ


PM WASTE & RECYCLING
5113 FOSTER AVENUE
BROOKLYN, NY 11201-5924


R.H.K. RECOVERY GROUP
1670 OLD COUNTRY ROAD
PLAINVIEW, NY 11803


RUFINO VALTIERRA


RUFINO VALTIERRA


TUSCAN
156-02 LIBERTY AVENUE
JAMAICA, NY 11433


VERIZON WIRELESS
P.O. BOX 15124
ALBANY, NY 12212-5124


YOSSY MORALES
2551 AQUEDUCT AVENUE
BRONX, NY 10468


YOSSY MORALES
2551 AQUEDUCT AVE.
BRONX, NY 10468

# United States Bankruptcy Court
## Southern District of New York

In re   **Art Cafe Corp.**

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Art Cafe Corp.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 21, 2010**

Date

**/s/ James P. Pagano**

**James P. Pagano JPP-3447**

Signature of Attorney or Litigant

Counsel for   **Art Cafe Corp.**

**James P. Pagano, Esq**

**277 Broadway, Suite 706**
**New York, NY 10007**
**212-732-4740 Fax:212-385-2545**
**jpaganoesq@aol.com**